No. 73–437. MOBIL OIL CORP. v. FEDERAL POWER COMMISSION ET AL.;

No. 73–457. PUBLIC SERVICE COMMISSION OF NEW YORK v. FEDERAL POWER COMMISSION ET AL.; and

No. 73–464. MUNICIPAL DISTRIBUTORS GROUP v. FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. Certio-

rari granted. Cases consolidated and a total of one hour allotted for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 483 F. 2d 880.